UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on December 9, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:
  ROCCO CASTELLANO
  BARBARA CASTELLANO

Case No.:  21-16804SLM

Hearing Date:  12/8/2021

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 9, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ROCCO CASTELLANO
BARBARA CASTELLANO

Case No.:  21-16804SLM

Caption of Order:  INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 12/08/2021 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $435.00 by 12/31/2021 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/12/2022 at 8:30 a.m.