SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

Re:  ROCCO CASTELLANO                                  Atty:  SCOTT E TANNE ESQ
     BARBARA CASTELLANO                                       4 CHATHAM ROAD
     136 JEROME PLACE                                         SUMMIT, NJ  07901
     BLOOMFIELD,  NJ  07003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 21-16804

## RECEIPTS AS OF 01/14/2022                          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/13/2021 | $435.00 | 27543273107 | 11/29/2021 | $435.00 | 27805265548 |
| 12/23/2021 | $870.00 | 27805527652 | 01/14/2022 | $435.00 | 456007 |

**Total Receipts: $2,175.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,175.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022        (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 108.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | ADVANCED INTERNVENTIONAL PAIN M/ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | ATLANTIC AMBULANCE CORPORATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | BLOOMFIELD VOLUNTEER EMERGENCY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CARDIOVASCULAR HEALTH CONSULTAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 16,659.26 | 0.00% | 0.00 | 0.00 |
| 0018 | CITIBANK | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CLARA MASS HEALTH CARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | DR. VINCENT CASTELLANO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,892.52 | 0.00% | 0.00 | 0.00 |
| 0025 | ENVISION PHYSICIAN SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,974.64 | 0.00% | 0.00 | 0.00 |
| 0028 | INTERGALABS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 21-16804**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0029 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | INTERNET MEDICAL GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 776.44 | 0.00% | 0.00 | 0.00 |
| 0034 | MORRISTOWN EMERGENCY MEDICAL A | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | MY ALARM CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARR | 169.06 | 100.00% | 0.00 | 0.00 |
| 0042 | SANTANDER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | UNITED TELEMANAGEMENT CORPORAT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0049 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | UNIVERSITY PHYSICIAN ASSOCIATE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | VNA HEALTH GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0055 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0056 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0057 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,552.99 | 0.00% | 0.00 | 0.00 |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0059 | JPMORGAN CHASE BANK NA | UNSECURED | 8,235.62 | 0.00% | 0.00 | 0.00 |
| 0060 | LVNV FUNDING LLC | UNSECURED | 12,710.20 | 0.00% | 0.00 | 0.00 |
| 0061 | LVNV FUNDING LLC | UNSECURED | 7,905.59 | 0.00% | 0.00 | 0.00 |
| 0062 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 10,568.69 | 0.00% | 0.00 | 0.00 |
| 0063 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,927.92 | 0.00% | 0.00 | 0.00 |
| 0064 | SANTANDER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0065 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 137.05 | 0.00% | 0.00 | 0.00 |
| 0066 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 55.58 | 0.00% | 0.00 | 0.00 |
| 0067 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 194.82 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $108.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $2,175.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $108.75        =    Funds on Hand: $2,066.25

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.