Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16804−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rocco Castellano
136 Jerome Place
Bloomfield, NJ 07003

Barbara Castellano
136 Jerome Place
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−7971                                           xxx−xx−8102

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      3/1/22
Time:      02:30 PM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$5,247.00

EXPENSES
$350.51

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 30, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16804-SLM |
| Rocco Castellano | Chapter 13 |
| Barbara Castellano | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 31, 2022 | Form ID: 137 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rocco Castellano, Barbara Castellano, 136 Jerome Place, Bloomfield, NJ 07003-4916 |
| 519294220 | + | Advanced Internventional Pain Management, PO BOX 343, Midland Park, NJ 07432-0343 |
| 519294221 | + | Advanced Internventional Pain Management, 1081 Paulison Avenue 2B, Clifton, NJ 07011-3658 |
| 519294224 | | Atlantic Ambulance Corporation, PO BOX 35654, Newark, NJ 07193-5654 |
| 519294225 | + | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 519294226 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519294227 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519294228 | + | Bloomfield Volunteer Emergency Squad, PO Box 645, Matawan, NJ 07747-0645 |
| 519294239 | + | CMRE Financial Services, 3075 Imperial Hwy # 200, Attn; Michael Hall, Brea, CA 92821-6753 |
| 519294233 | + | Cardiovascular Health Consultants PA, PO BOX 926, Neptune, NJ 07754-0926 |
| 519294242 | + | DR. Vincent Castellano, 504 Watchung Avne, Bloomfield, NJ 07003-2948 |
| 519294243 | + | EIS LLC, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 519294244 | + | Envision Physician Services, PO Box 80241, Philadelphia, PA 19101-1241 |
| 519294245 | + | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519294246 | + | First National Bank, P.o. Box 3412, Omaha, NE 68197-0001 |
| 519294247 | + | Intergalabs, PO Box 1994, Bristol, VA 24203-1994 |
| 519294249 | | Internet Medical Group, 66 Somme St, Newark, NJ 07105-3612 |
| 519310732 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519294252 | + | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Ste 100, P BOX 1269, Mount Laurel, NJ 08054-7269 |
| 519294254 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Assoc PA, PO BOX 190, Covent Station, NJ 07961 |
| 519294253 | + | Morristown Emergency Medical Associates, PO BOX 6312, Parsippany, NJ 07054-7312 |
| 519294255 | + | Mullooly, Jeffrey, Rooney & Flynn LLP, attorney for Associates in Pulmonary Med, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 519294256 | + | My Alarm Center, 3803 West Chester Pike, Suite 100, Newtown Square, PA 19073-2334 |
| 519301765 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519294260 | + | Rickart Collection Systems, Inc, 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519294263 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519294264 | | Tenaglia & Hunt, 385 W Passaic Ave., Ste. 205, Rochelle Park, NJ 07662 |
| 519294265 | + | United Collection Bureau, 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 519294266 | | United Telemanagement Corporation, Billing Department, PO BOXX 655, Vandalia, OH 45377-0655 |
| 519294268 | + | University Hospital, PO BOX 3009, Newark, NJ 07103-0009 |
| 519294267 | + | University Hospital, 150 Bergen Street, Newark, NJ 07103-2406 |
| 519294269 | + | University Physician Associate, 30 Bergen Street, Building 12 Room 1205, Newark, NJ 07107-3000 |
| 519294270 | + | VNA Health Group, 80 Main Street, West Orange, NJ 07052-5439 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-2 | | User: admin | | Page 2 of 4 |
|---|---|---|---|---|
| Date Rcvd: Jan 31, 2022 | | Form ID: 137 | | Total Noticed: 62 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519294222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 21:15:10 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519294223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 21:15:11 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519294230 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 21:03:53 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519294229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 21:03:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519294232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 21:03:48 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519294231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 21:04:34 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519303453 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2022 21:04:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519294237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 21:04:42 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519294236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 21:15:11 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519294241 | | Email/Text: mrdiscen@discover.com | Jan 31 2022 20:40:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519329498 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2022 20:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519299359 | | Email/Text: mrdiscen@discover.com | Jan 31 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519294240 | + | Email/Text: mrdiscen@discover.com | Jan 31 2022 20:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519294248 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2022 20:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519294234 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2022 21:03:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519294235 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2022 21:03:43 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519317725 | + | Email/Text: RASEBN@raslg.com | Jan 31 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519310732 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 31 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519348587 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2022 20:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519294250 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2022 20:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519294251 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2022 20:40:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519334906 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

|             |   |                                              |                     |                                                                                    |
|-------------|---|----------------------------------------------|---------------------|------------------------------------------------------------------------------------|
|             |   |                                              | Jan 31 2022 21:04:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519294258   | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 31 2022 20:41:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519294259   | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 31 2022 20:41:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519334901   | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 31 2022 20:41:00 | Rocket Mortgage, LLC f/k/a Quicken Loans et al, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519294262   | + | Email/Text: DeftBkr@santander.us            | Jan 31 2022 20:41:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 519294261   | + | Email/Text: DeftBkr@santander.us            | Jan 31 2022 20:41:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 519294265   | + | Email/Text: BAN5620@UCBINC.COM              | Jan 31 2022 20:40:00 | United Collection Bureau, 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 519334947   | + | Email/PDF: ebn_ais@aisinfo.com              | Jan 31 2022 21:04:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID   | Bypass Reason | Name and Address |
|------------|---------------|------------------|
| 519294238  |               | Clara Mass Health Care, Billing Dept, Po Box 145465 |
| 519294257  | ##            | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Joint Debtor Barbara Castellano ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne | on behalf of Debtor Rocco Castellano ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 31, 2022 | Form ID: 137 | Total Noticed: 62

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5