**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

May 18, 2022

**Re: Standing Trustee's Notice of Distribution**
**Case No: 21-16804**

On January 27, 2022 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 18, 2022

#### Chapter 13 Case # 21-16804

Atty:    SCOTT E TANNE ESQ

Re:    ROCCO CASTELLANO
       BARBARA CASTELLANO
       136 JEROME PLACE
       BLOOMFIELD, NJ 07003

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $33,596.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|--------------------|------|--------|--------------------|
| 10/13/2021 | $435.00 | 27543273107 | 11/29/2021 | $435.00 | 27805265548 |
| 12/23/2021 | $870.00 | 27805527652 | 01/14/2022 | $435.00 | 456007 |
| 02/23/2022 | $435.00 | 456019 | 03/30/2022 | $435.00 | 27986627722 |
| 04/26/2022 | $435.00 | 27805538070 | | | |

**Total Receipts: $3,480.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $3,480.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 160.94 | |
| ATTY | ATTORNEY | ADMIN | 3,097.51 | 100.00% | 3,097.51 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | SECURED | 0.00 | 100.00% | 0.00 | |
| 0004 | ADVANCED INTERNVENTIONAL PAIN M/ | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC AMBULANCE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BLOOMFIELD VOLUNTEER EMERGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CARDIOVASCULAR HEALTH CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 16,659.26 | * | 0.00 | |
| 0018 | CITIBANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0020 | CLARA MASS HEALTH CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DR. VINCENT CASTELLANO | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,892.52 | * | 0.00 | |
| 0025 | ENVISION PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,974.64 | * | 0.00 | |
| 0028 | INTERGALABS | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0029 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | INTERNET MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 776.44 | * | 0.00 | |
| 0034 | MORRISTOWN EMERGENCY MEDICAL A: | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MY ALARM CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRI | 169.06 | 100.00% | 169.06 | |
| 0042 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0048 | UNITED TELEMANAGEMENT CORPORAT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | UNIVERSITY PHYSICIAN ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | VNA HEALTH GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,552.99 | * | 0.00 | |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | JPMORGAN CHASE BANK NA | UNSECURED | 8,235.62 | * | 0.00 | |
| 0060 | LVNV FUNDING LLC | UNSECURED | 12,710.20 | * | 0.00 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 7,905.59 | * | 0.00 | |
| 0062 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 10,568.69 | * | 0.00 | |
| 0063 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,927.92 | * | 0.00 | |
| 0064 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 137.05 | * | 0.00 | |
| 0066 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 55.58 | * | 0.00 | |
| 0067 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 194.82 | * | 0.00 | |

**Total Paid: $3,427.51**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | | |
| | 05/16/2022 | $169.06 | 891523 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 18, 2022.

Receipts: $3,480.00        -        Paid to Claims: $169.06        -        Admin Costs Paid: $3,258.45        =        Funds on Hand: $52.49

Base Plan Amount: $33,596.00        -        Receipts:  $3,480.00        =        Total Unpaid Balance: **$30,116.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT
THE AMOUNT TO COMPLETE THE PLAN.