SCOTT E TANNE ESQ
70 BLOOMFIELD AVE
PINE BROOK, NJ  07058

Re:  ROCCO CASTELLANO                                Atty:  SCOTT E TANNE ESQ
     BARBARA CASTELLANO                                     70 BLOOMFIELD AVE
     136 JEROME PLACE                                       PINE BROOK, NJ  07058
     BLOOMFIELD,  NJ  07003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 21-16804

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $33,596.00**

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/13/2021 | $435.00 | 27543273107 | 11/29/2021 | $435.00 | 27805265548 |
| 12/23/2021 | $870.00 | 27805527652 | 01/14/2022 | $435.00 | 456007 |
| 02/23/2022 | $435.00 | 456019 | 03/30/2022 | $435.00 | 27986627722 |
| 04/26/2022 | $435.00 | 27805538070 | 05/25/2022 | $496.00 | 28186651350 |
| 05/25/2022 | $435.00 | 28186651361 | 07/01/2022 | $435.00 | 28186686505 |
| 08/01/2022 | $575.00 | 28083410706 | 08/30/2022 | $575.00 | 28083414633 |
| 10/03/2022 | $575.00 | 28083441352 | 10/26/2022 | $575.00 | 28438700703 |
| 12/20/2022 | $575.00 | 28438705686 | | | |

**Total Receipts: $7,721.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,721.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 06/20/2022 | $39.01 | 892,674 | 07/18/2022 | $17.23 | 894,396 |
| | 09/19/2022 | $45.54 | 897,567 | 11/14/2022 | $44.59 | 900,810 |
| | 01/09/2023 | $22.30 | 903,848 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 11/14/2022 | $5.65 | 900,900 | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 06/20/2022 | $116.07 | 892,777 | 06/20/2022 | $152.56 | 892,777 |
| | 07/18/2022 | $67.35 | 894,489 | 07/18/2022 | $51.22 | 894,489 |
| | 09/19/2022 | $178.05 | 897,672 | 09/19/2022 | $135.45 | 897,672 |
| | 11/14/2022 | $174.34 | 900,909 | 11/14/2022 | $132.68 | 900,909 |
| | 01/09/2023 | $87.20 | 903,941 | 01/09/2023 | $66.29 | 903,941 |

**Chapter 13 Case # 21-16804**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 06/20/2022 | $65.10 | 892,427 | | 06/20/2022 | $65.61 | 892,427 |
| | 07/18/2022 | $28.96 | 894,172 | | 07/18/2022 | $28.74 | 894,172 |
| | 09/19/2022 | $76.57 | 897,322 | | 09/19/2022 | $75.97 | 897,322 |
| | 11/14/2022 | $75.01 | 900,561 | | 11/14/2022 | $74.39 | 900,561 |
| | 01/09/2023 | $37.21 | 903,618 | | 01/09/2023 | $37.47 | 903,618 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 06/20/2022 | $182.95 | 892,366 | | 06/20/2022 | $90.44 | 892,366 |
| | 07/18/2022 | $80.76 | 894,111 | | 07/18/2022 | $39.92 | 894,111 |
| | 09/19/2022 | $213.51 | 897,261 | | 09/19/2022 | $105.55 | 897,261 |
| | 11/14/2022 | $103.35 | 900,501 | | 11/14/2022 | $209.06 | 900,501 |
| | 01/09/2023 | $104.55 | 903,565 | | 01/09/2023 | $51.69 | 903,565 |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 06/20/2022 | $8.53 | 892,961 | | 09/19/2022 | $13.71 | 897,840 |
| | 11/14/2022 | $9.75 | 901,063 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 06/20/2022 | $139.58 | 892,985 | | 06/20/2022 | $86.82 | 892,985 |
| | 07/18/2022 | $61.62 | 894,664 | | 07/18/2022 | $38.32 | 894,664 |
| | 09/19/2022 | $162.90 | 897,863 | | 09/19/2022 | $101.32 | 897,863 |
| | 11/14/2022 | $159.50 | 901,082 | | 11/14/2022 | $99.21 | 901,082 |
| | 01/09/2023 | $79.77 | 904,128 | | 01/09/2023 | $49.62 | 904,128 |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | | |
| | 05/16/2022 | $169.06 | 891,523 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 09/19/2022 | $5.58 | 897,242 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 343.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,097.51 | 100.00% | 3,097.51 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | SECURED | 0.00 | 100.00% | 0.00 | |
| 0004 | ADVANCED INTERNVENTIONAL PAIN M/ | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC AMBULANCE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BLOOMFIELD VOLUNTEER EMERGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CARDIOVASCULAR HEALTH CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 16,659.26 | * | 790.83 | |
| 0018 | CITIBANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0020 | CLARA MASS HEALTH CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DR. VINCENT CASTELLANO | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,892.52 | * | 659.50 | |
| 0025 | ENVISION PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,974.64 | * | 283.62 | |
| 0028 | INTERGALABS | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | INTERNET MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 776.44 | * | 31.99 | |
| 0034 | MORRISTOWN EMERGENCY MEDICAL A! | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MY ALARM CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRI | 169.06 | 100.00% | 169.06 | |

**Chapter 13 Case # 21-16804**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0042 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0048 | UNITED TELEMANAGEMENT CORPORAT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | UNIVERSITY PHYSICIAN ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | VNA HEALTH GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,552.99 | * | 168.67 | |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | JPMORGAN CHASE BANK NA | UNSECURED | 8,235.62 | * | 390.95 | |
| 0060 | LVNV FUNDING LLC | UNSECURED | 12,710.20 | * | 603.37 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 7,905.59 | * | 375.29 | |
| 0062 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 10,568.69 | * | 501.71 | |
| 0063 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,927.92 | * | 281.41 | |
| 0064 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 137.05 | * | 5.65 | |
| 0066 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 55.58 | * | 0.00 | |
| 0067 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 194.82 | * | 5.58 | |

**Total Paid: $7,708.98**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $7,721.00   -   Paid to Claims: $4,267.63   -   Admin Costs Paid: $3,441.35   =   Funds on Hand: $12.02

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.