KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Barbara Castellano Rocco Castellano<br><br>DEBTOR(S), | **IN THE UNITED STATES<br>BANKRUPTCY COURT FOR THE<br>DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 21-16804 SLM<br><br>**NOTICE OF MOTION FOR RELIEF<br>FROM STAY** |

TO:
Barbara Castellano
136 Jerome Place
Bloomfield, NJ 07003

Rocco Castellano
136 Jerome Place
Bloomfield, NJ 07003

Scott E. Tanne
 Scott E. Tanne Esq.
4 Chatham Road

Summit, NJ 07901

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

PLEASE TAKE NOTICE THAT the undersigned attorney for **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **50 Walnut Street 3rd fl., Newark, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **136 Jerome Pl, Bloomfield NJ 07003**. The hearing on this matter is scheduled for **06/28/2023 at 10:00 AM**

Dated: May 31, 2023

**/s/Denise Carlon**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC