# EXHIBIT C

**Recording Requested By/Return To:**

Final Docs Team

1050 Woodward Ave.

Detroit, MI 48226

**This Instrument Prepared By:**

Kayli Girard

Rocket Mortgage, LLC

1050 Woodward Ave.

Detroit, MI 48226

Tel. No.: (800) 226-6308 ext. 34780

# Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee, as nominee for
ALLY CAPITAL CORP. F/K/A GMAC BANK, whose address is P.O. Box 2026, Flint, MI 48501-2026
its successors and assigns, does hereby grant, assign, transfer and convey, unto Rocket Mortgage, LLC, FKA Quicken Loans, LLC, a corporation organized and existing under the laws of the state of Michigan (herein "Assignee"), whose address is 1050 Woodward Ave. Detroit, MI 48226
, its successors and assigns, all its right, title and interest in and to a certain Mortgage dated April 14, 2010, made and executed by
ROCCO CASTELLANO AND BARBARA CASTELLANO, HIS WIFE

whose address is 136 Jerome Pl Bloomfield NJ, 07003
to and in favor of ALLY CAPITAL CORP. F/K/A GMAC BANK

following described property situated in ESSEX
of New Jersey
upon the County, State

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #: BLOCK 308 LOT 62

Mortgage Recorded On: 05/07/2010        Book/Liber#: 12252
Document Number:                         Page#: 4365
MIN:                                     MERS Phone: 1-888-679-6377

MERS Assignment of Mortgage
VMP
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
One Hundred Sixty Five Thousand Dollars and 00/100
($ 165,000.00           ) (Include the Original Principal Amount) which Mortgage is of record in Book, Volume, or Liber No. 12252         , at page 4365              (or as No. ███████ ) of the                              Records of ESSEX County, State of New Jersey                  and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on August 31, 2021.

Witness Rachael Killam

Witness Jeff Wilk

Attest

Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee, as nominee for ALLY CAPITAL CORP. F/K/A GMAC BANK, its successors and assigns

By: _____ (Signature)

Name: Kayli Girard
Title: Assistant Secretary of MERS

**Acknowledgement**

State of Michigan

County of Wayne

On 08/31/2021 , before me Christina Altman , a Notary Public of Michigan , personally appeared Kayli Girard , Assistant Secretary of Mortgage Electronic Registration Systems, Inc.("MERS") as mortgagee, as nominee for ALLY CAPITAL CORP. F/K/A GMAC BANK , its successors and assigns,personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

CHRISTINA ALTMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires May 4, 2026
Acting in the County of Wayne

Name: Christina Altman

Title: Notary Public

MERS Assignment of Mortgage
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 3 of 3

EXHIBIT "A"

LEGAL DESCRIPTION

File No:

ALL THAT CERTAIN tract or parcel of land and premises lying, being and situate in Bloomfield Township, County of Essex, and State of New Jersey being more particularly described as follows:

BEING the same land and premises more particularly described in Deed Book 5426, Page 578.

BEING premises No. 136 Jerome Place.

Block: 308, Lot: 62

BEING the same land and premises which became vested in Rocco Castellano and Barbara Castellano, his wife, by deed from Anthony Castellano and Marilyn Castellano, his wife, dated 6/26/1996, recorded 7/26/1996, in the Essex County Clerk/Register's Office in Deed Book 5426, Page 578.