# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

CASE NO. 21-16804 SLM
CHAPTER 13
Hearing Date:
Hearing Time:
Judge: Stacey L. Meisel

In re:

Barbara Castellano
Rocco Castellano

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED APRIL 14, 2010.

I, LaTeasha Calvert, employed as Loss Mitigation officer by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, hereby certifies the following information:
Recorded on May 07, 2010, in Essex County, in Book 12252, Page 4365.
Property Address: 136 Jerome Pl, Bloomfield NJ 07003.

Mortgage Holder: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

Mortgagor(s)/ Debtor(s): Barbara Castellano, Rocco Castellano

POST-PETITION PAYMENTS (Petition filed on August 26, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| $1,937.90 | 09/01/2021 | 09/2021 | $1,937.90 | 09/16/2021 | - |
| $1,937.90 | 10/01/2021 | 10/2021 | $1,937.90 | 10/24/2021 | - |
| $1,937.90 | 11/01/2021 | 11/2021 | $1,937.90 | 12/09/2021 | - |
| $1,937.90 | 12/01/2021 | 12/2021 | $1,937.90 | 12/16/2021 | - |
| $1,937.90 | 01/01/2022 | 01/2022 | $1,937.90 | 01/25/2022 | - |
| $1,937.90 | 02/01/2022 | 02/2022 | $1,937.90 | 02/22/2022 | - |
| $1,937.90 | 03/01/2022 | 03/2022 | $1,937.90 | 03/13/2022 | - |
| $2,020.81 | 04/01/2022 | 04/2022 | $2,020.81 | 04/10/2022 | - |
| $2,020.81 | 05/01/2022 | 05/2022 | $2,020.81 | 05/06/2022 | - |
| $2,020.81 | 06/01/2022 | 06/2022 | $2,020.81 | 06/16/2022 | - |
| $2,020.81 | 07/01/2022 | 07/2022 | $2,020.81 | 07/28/2022 | - |
| $2,020.81 | 08/01/2022 | 08/2022 | $2,020.81 | 08/31/2022 | - |
| $2,020.81 | 09/01/2022 | 09/2022 | $2,020.81 | 09/27/2022 | - |
| $2,020.81 | 10/01/2022 | 10/2022 | $2,020.81 | 11/17/2022 | - |

| | | | | | |
|---|---|---|---|---|---|
| $2,020.81 | 11/01/2022 | 11/2022 | $2,020.81 | 12/28/2022 | - |
| $2,020.81 | 12/01/2022 | 12/2022 | $2,020.81 | 01/23/2023 | - |
| $2,020.81 | 01/01/2023 | 01/2023 | $2,020.81 | 03/01/2023 | - |
| $2,020.81 | 02/01/2023 | 02/2023 | $2,020.81 | 03/28/2023 | - |
| $2,020.81 | 03/01/2023 | | $0.00 | | - |
| $2,042.77 | 04/01/2023 | | $0.00 | | - |
| $2,042.77 | 05/01/2023 | | $0.00 | | - |
| **Total Due: $41,900.56** | | **Total Received: $35,794.21** | | **Arrears: $6,106.35** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $2,020.81, 2 mos. X $2,042.77.

Each current monthly payment is comprised of:
Effective as of April 01, 2023, the current monthly payment is comprised of:

    Principal and Interest:   $923.95_____
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $1,118.82_____  (Specify: Escrow)
    TOTAL   $2,042.77_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change:
Filed 02/15/2022 effective 04/01/2022,
Filed 02/28/2023 effective 04/01/2023.

PRE-PETITION ARREARS: $169.06

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 5/30/23

Signature