| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Movant: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC | |
| In Re:<br><br>  Barbara Castellano<br>  Rocco Castellano<br>        Debtor/Respondent<br><br>        Co-Debtor/Respondent | Case No.: <u>21-16804 SLM</u><br><br>Chapter: <u>13</u><br><br>Adv. No.: _____<br><br>Hearing Date: <u>06/28/2023</u><br><br>Judge: <u>Stacey L. Meisel</u> |

**CERTIFICATION OF SERVICE**

1. I, <u>Thomas Diruscio</u>

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for <u>Denise Carlon, Esquire</u>, who represents the <u>Movant</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>May 31, 2023,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certification of Support in Motion of Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: May 31, 2023    /S/Thomas Diruscio
                                         Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Barbara Castellano<br>136 Jerome Place<br>Bloomfield, NJ 07003<br><br>Rocco Castellano<br>136 Jerome Place<br>Bloomfield, NJ 07003 | Debtor(s) | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tanne, Scott E<br>Scott E. Tanne Esq.<br>4 Chatham Road<br>Summit, NJ 07901 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenberg, Marie-Ann<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*