UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Rocco Castellano & Barbara Castellano,

Debtors.

Case No.:      21-16804-SLM

Chapter:            13

Hearing Date:     07/26/2023

Judge:            Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 136 Jerome Place, Bloomfield, NJ (Docket # 32)

_____

Date: 7/20/2023                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*