Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16804−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rocco Castellano
136 Jerome Place
Bloomfield, NJ 07003

Barbara Castellano
136 Jerome Place
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−7971

xxx−xx−8102

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/10/24 at 10:00 AM

to consider and act upon the following:

*37* − Application for Compensation for Scott E. Tanne, Debtor's Attorney, period: to, fee: $600.00, expenses: $4.20. Filed by Scott E. Tanne, Barbara Castellano, Rocco Castellano. Objection deadline is 12/12/2023. (Attachments: # 1 Certification # 2 Exhibit − List of Services # 3 Exhibit − Retainer Agreement # 4 Proposed Order # 5 Certificate of Service) (Tanne, Scott)

*38* − Limited Objection to Application for Compensation (related document:37 Application for Compensation for Scott E. Tanne, Debtor's Attorney, period: to, fee: $600.00, expenses: $4.20. Filed by Scott E. Tanne, Barbara Castellano, Rocco Castellano. Objection deadline is 12/12/2023. (Attachments: # 1 Certification # 2 Exhibit − List of Services # 3 Exhibit − Retainer Agreement # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Rocco Castellano, Joint Debtor Barbara Castellano) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court