SCOTT E TANNE ESQ
70 BLOOMFIELD AVE, SUITE 203
PINE BROOK, NJ  07058


Re:  ROCCO CASTELLANO                           Atty:  SCOTT E TANNE ESQ
     BARBARA CASTELLANO                                70 BLOOMFIELD AVE, SUITE 203
     136 JEROME PLACE                                  PINE BROOK, NJ  07058
     BLOOMFIELD, NJ  07003


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 21-16804

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,256.00**

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/13/2021 | $435.00 | 27543273107 | 11/29/2021 | $435.00 | 27805265548 |
| 12/23/2021 | $870.00 | 27805527652 | 01/14/2022 | $435.00 | 456007 |
| 02/23/2022 | $435.00 | 456019 | 03/30/2022 | $435.00 | 27986627722 |
| 04/26/2022 | $435.00 | 27805538070 | 05/25/2022 | $496.00 | 28186651350 |
| 05/25/2022 | $435.00 | 28186651361 | 07/01/2022 | $435.00 | 28186686505 |
| 08/01/2022 | $575.00 | 28083410706 | 08/30/2022 | $575.00 | 28083414633 |
| 10/03/2022 | $575.00 | 28083441352 | 10/26/2022 | $575.00 | 28438700703 |
| 12/20/2022 | $575.00 | 28438705686 | 01/19/2023 | $575.00 | 28347308324 |
| 02/23/2023 | $575.00 | 28438749224 | 03/22/2023 | $575.00 | 28599394206 |
| 04/27/2023 | $575.00 | 28347316380 | 05/24/2023 | $575.00 | 28347318843 |
| 06/27/2023 | $575.00 | 28580833653 | 08/09/2023 | $575.00 | 28580836735 |
| 08/09/2023 | $575.00 | 28580836724 | 08/28/2023 | $575.00 | 28908951952 |
| 09/26/2023 | $575.00 | 28991201422 | 10/26/2023 | $575.00 | 28991204954 |
| 11/22/2023 | $575.00 | 28347324355 | 12/28/2023 | $595.00 | 29208107485 |

**Total Receipts: $15,216.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,216.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 06/20/2022 | $39.01 | 892,674 | 07/18/2022 | $17.23 | 894,396 |
| | 09/19/2022 | $45.54 | 897,567 | 11/14/2022 | $44.59 | 900,810 |
| | 01/09/2023 | $22.30 | 903,848 | 02/13/2023 | $22.29 | 905,378 |
| | 03/13/2023 | $22.30 | 906,991 | 04/17/2023 | $22.30 | 908,577 |
| | 05/15/2023 | $22.29 | 910,198 | 06/12/2023 | $22.06 | 911,662 |
| | 07/17/2023 | $22.06 | 913,183 | 09/18/2023 | $44.10 | 916,197 |
| | 10/16/2023 | $22.06 | 917,679 | 11/13/2023 | $21.71 | 919,117 |

**Chapter 13 Case # 21-16804**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 11/14/2022 | $5.65 | 900,900 | | 06/12/2023 | $5.15 | 911,757 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 06/20/2022 | $116.07 | 892,777 | | 06/20/2022 | $152.56 | 892,777 |
| | 07/18/2022 | $67.35 | 894,489 | | 07/18/2022 | $51.22 | 894,489 |
| | 09/19/2022 | $178.05 | 897,672 | | 09/19/2022 | $135.45 | 897,672 |
| | 11/14/2022 | $174.34 | 900,909 | | 11/14/2022 | $132.68 | 900,909 |
| | 01/09/2023 | $87.20 | 903,941 | | 01/09/2023 | $66.29 | 903,941 |
| | 02/13/2023 | $87.18 | 905,479 | | 02/13/2023 | $66.32 | 905,479 |
| | 03/13/2023 | $66.32 | 907,090 | | 03/13/2023 | $87.18 | 907,090 |
| | 04/17/2023 | $87.18 | 908,695 | | 04/17/2023 | $66.32 | 908,695 |
| | 05/15/2023 | $87.18 | 910,295 | | 05/15/2023 | $66.32 | 910,295 |
| | 06/12/2023 | $86.25 | 911,768 | | 06/12/2023 | $65.62 | 911,768 |
| | 07/17/2023 | $86.25 | 913,288 | | 07/17/2023 | $65.62 | 913,288 |
| | 09/18/2023 | $172.45 | 916,301 | | 09/18/2023 | $131.19 | 916,301 |
| | 10/16/2023 | $86.25 | 917,778 | | 10/16/2023 | $65.61 | 917,778 |
| | 11/13/2023 | $84.87 | 919,225 | | 11/13/2023 | $64.56 | 919,225 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 06/20/2022 | $65.10 | 892,427 | | 06/20/2022 | $65.61 | 892,427 |
| | 07/18/2022 | $28.74 | 894,172 | | 07/18/2022 | $28.96 | 894,172 |
| | 09/19/2022 | $76.57 | 897,322 | | 09/19/2022 | $75.97 | 897,322 |
| | 11/14/2022 | $74.39 | 900,561 | | 11/14/2022 | $75.01 | 900,561 |
| | 01/09/2023 | $37.47 | 903,618 | | 01/09/2023 | $37.21 | 903,618 |
| | 02/13/2023 | $37.49 | 905,119 | | 02/13/2023 | $37.20 | 905,119 |
| | 03/13/2023 | $37.20 | 906,740 | | 03/13/2023 | $37.49 | 906,740 |
| | 04/17/2023 | $37.20 | 908,306 | | 04/17/2023 | $37.49 | 908,306 |
| | 05/15/2023 | $37.49 | 909,942 | | 05/15/2023 | $37.20 | 909,942 |
| | 06/12/2023 | $36.80 | 911,400 | | 06/12/2023 | $37.09 | 911,400 |
| | 07/17/2023 | $36.80 | 912,916 | | 07/17/2023 | $37.11 | 912,916 |
| | 09/18/2023 | $74.16 | 915,928 | | 09/18/2023 | $73.58 | 915,928 |
| | 10/16/2023 | $37.10 | 917,428 | | 10/16/2023 | $36.81 | 917,428 |
| | 11/13/2023 | $36.50 | 918,857 | | 11/13/2023 | $36.21 | 918,857 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 06/20/2022 | $90.44 | 892,366 | | 06/20/2022 | $182.95 | 892,366 |
| | 07/18/2022 | $80.76 | 894,111 | | 07/18/2022 | $39.92 | 894,111 |
| | 09/19/2022 | $105.55 | 897,261 | | 09/19/2022 | $213.51 | 897,261 |
| | 11/14/2022 | $209.06 | 900,501 | | 11/14/2022 | $103.35 | 900,501 |
| | 01/09/2023 | $51.69 | 903,565 | | 01/09/2023 | $104.55 | 903,565 |
| | 02/13/2023 | $104.54 | 905,071 | | 02/13/2023 | $51.68 | 905,071 |
| | 03/13/2023 | $104.54 | 906,685 | | 03/13/2023 | $51.68 | 906,685 |
| | 04/17/2023 | $51.68 | 908,253 | | 04/17/2023 | $104.54 | 908,253 |
| | 05/15/2023 | $104.54 | 909,893 | | 05/15/2023 | $51.68 | 909,893 |
| | 06/12/2023 | $103.43 | 911,349 | | 06/12/2023 | $51.13 | 911,349 |
| | 07/17/2023 | $103.44 | 912,865 | | 07/17/2023 | $51.14 | 912,865 |
| | 09/18/2023 | $206.79 | 915,879 | | 09/18/2023 | $102.23 | 915,879 |
| | 10/16/2023 | $51.13 | 917,382 | | 10/16/2023 | $103.44 | 917,382 |
| | 11/13/2023 | $101.77 | 918,808 | | 11/13/2023 | $50.31 | 918,808 |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 06/20/2022 | $8.53 | 892,961 | | 09/19/2022 | $13.71 | 897,840 |
| | 11/14/2022 | $9.75 | 901,063 | | 02/13/2023 | $9.74 | 905,648 |
| | 04/17/2023 | $9.74 | 908,865 | | 06/12/2023 | $9.70 | 911,929 |
| | 09/18/2023 | $14.46 | 916,464 | | 11/13/2023 | $9.56 | 919,382 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 06/20/2022 | $86.82 | 892,985 | | 06/20/2022 | $139.58 | 892,985 |
| | 07/18/2022 | $61.62 | 894,664 | | 07/18/2022 | $38.32 | 894,664 |
| | 09/19/2022 | $101.32 | 897,863 | | 09/19/2022 | $162.90 | 897,863 |
| | 11/14/2022 | $159.50 | 901,082 | | 11/14/2022 | $99.21 | 901,082 |
| | 01/09/2023 | $79.77 | 904,128 | | 01/09/2023 | $49.62 | 904,128 |
| | 02/13/2023 | $79.76 | 905,669 | | 02/13/2023 | $49.61 | 905,669 |
| | 03/13/2023 | $49.61 | 907,272 | | 03/13/2023 | $79.76 | 907,272 |
| | 04/17/2023 | $79.76 | 908,885 | | 04/17/2023 | $49.61 | 908,885 |
| | 05/15/2023 | $79.76 | 910,467 | | 05/15/2023 | $49.61 | 910,467 |
| | 06/12/2023 | $78.91 | 911,947 | | 06/12/2023 | $49.08 | 911,947 |
| | 07/17/2023 | $78.91 | 913,469 | | 07/17/2023 | $49.08 | 913,469 |
| | 09/18/2023 | $157.77 | 916,481 | | 09/18/2023 | $98.13 | 916,481 |
| | 10/16/2023 | $78.92 | 917,954 | | 10/16/2023 | $49.09 | 917,954 |
| | 11/13/2023 | $77.65 | 919,401 | | 11/13/2023 | $48.30 | 919,401 |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | | |
| | 05/16/2022 | $169.06 | 891,523 | | 09/18/2023 | $538.00 | 916,701 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 09/19/2022 | $5.58 | 897,242 | | 03/13/2023 | $6.11 | 906,668 |
| | 09/18/2023 | $5.41 | 915,865 | | 09/18/2023 | $7.29 | 915,865 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 834.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,701.71 | 100.00% | 3,633.84 | 67.87 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | SECURED | 0.00 | 100.00% | 0.00 | |
| 0004 | ADVANCED INTERNVENTIONAL PAIN M/ | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC AMBULANCE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BLOOMFIELD VOLUNTEER EMERGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CARDIOVASCULAR HEALTH CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 16,659.26 | * | 1,827.86 | |
| 0018 | CITIBANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0020 | CLARA MASS HEALTH CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DR. VINCENT CASTELLANO | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,892.52 | * | 1,524.29 | |
| 0025 | ENVISION PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,974.64 | * | 655.54 | |
| 0028 | INTERGALABS | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | INTERNET MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 776.44 | * | 85.19 | |
| 0034 | MORRISTOWN EMERGENCY MEDICAL A: | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MY ALARM CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 169.06 | 100.00% | 169.06 | |
| 0042 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0048 | UNITED TELEMANAGEMENT CORPORAT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | UNIVERSITY PHYSICIAN ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | VNA HEALTH GROUP | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-16804**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0055 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,552.99 | * | 389.84 | |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | JPMORGAN CHASE BANK NA | UNSECURED | 8,235.62 | * | 903.61 | |
| 0060 | LVNV FUNDING LLC | UNSECURED | 12,710.20 | * | 1,394.57 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 7,905.59 | * | 867.41 | |
| 0062 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 10,568.69 | * | 1,159.59 | |
| 0063 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,927.92 | * | 650.41 | |
| 0064 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 137.05 | * | 10.80 | |
| 0066 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 55.58 | * | 5.41 | |
| 0067 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 194.82 | * | 18.98 | |
| 0068 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | |

**Total Paid:  $14,668.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $15,216.00    -    Paid to Claims: $10,200.56    -    Admin Costs Paid: $4,468.04    =    Funds on Hand: $547.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.