**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors, Rocco Castellano
And Barbara Castellano

| | |
|---|---|
| In Re:<br><br>ROCCO CASTELLANO,<br>BARBARA CASTELLANO<br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 21-16804 SLM<br><br>Chapter 13<br><br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of Goldman & Beslow, LLC 7 Glenwood Avenue, New Jersey 07017, as attorneys for the debtor.

SCOTT E TANNE ESQ.

By: /s/ Scott E. Tanne
SCOTT E. TANNE, ESQ.
Withdrawing Attorney
Dated: July 16, 2025

GOLDMAN & BESLOW, LLC

By: /s/ David G. Beslow
DAVID G. BESLOW, ESQ.
Superceding Attorney
Dated: July 15, 2025

Agreed to by:

___/s/ Rocco Castellano
Dated: July 15, 2025

___/s/ Barbara Castellano
July 15, 2025