GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:   ROCCO CASTELLANO
      BARBARA CASTELLANO
      136 JEROME PLACE
      BLOOMFIELD,  NJ  07003

Atty:   GOLDMAN & BESLOW, LLC
        ATTORNEYS AT LAW
        7 GLENWOOD AVE, SUITE 311B
        EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 21-16804

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,256.00**

## RECEIPTS AS OF 01/15/2026     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 10/13/2021 | $435.00 | 27543273107 | 11/29/2021 | $435.00 | 27805265548 |
| 12/23/2021 | $870.00 | 27805527652 | 01/14/2022 | $435.00 | 456007 |
| 02/23/2022 | $435.00 | 456019 | 03/30/2022 | $435.00 | 27986627722 |
| 04/26/2022 | $435.00 | 27805538070 | 05/25/2022 | $496.00 | 28186651350 |
| 05/25/2022 | $435.00 | 28186651361 | 07/01/2022 | $435.00 | 28186686505 |
| 08/01/2022 | $575.00 | 28083410706 | 08/30/2022 | $575.00 | 28083414633 |
| 10/03/2022 | $575.00 | 28083441352 | 10/26/2022 | $575.00 | 28438700703 |
| 12/20/2022 | $575.00 | 28438705686 | 01/19/2023 | $575.00 | 28347308324 |
| 02/23/2023 | $575.00 | 28438749224 | 03/22/2023 | $575.00 | 28599394206 |
| 04/27/2023 | $575.00 | 28347316380 | 05/24/2023 | $575.00 | 28347318843 |
| 06/27/2023 | $575.00 | 28580833653 | 08/09/2023 | $575.00 | 28580836735 |
| 08/09/2023 | $575.00 | 28580836724 | 08/28/2023 | $575.00 | 28908951952 |
| 09/26/2023 | $575.00 | 28991201422 | 10/26/2023 | $575.00 | 28991204954 |
| 11/22/2023 | $575.00 | 28347324355 | 12/28/2023 | $595.00 | 29208107485 |
| 01/29/2024 | $595.00 | 28991211186 | 02/27/2024 | $595.00 | 28991212525 |
| 03/27/2024 | $595.00 | 29318709947 | 04/25/2024 | $595.00 | 28991218950 |
| 05/24/2024 | $595.00 | 28991221312 | 06/20/2024 | $595.00 | 29026812857 |
| 07/24/2024 | $595.00 | 28991224967 | 09/10/2024 | $595.00 | 29465506664 |
| 09/19/2024 | $595.00 | 29465507125 | 10/22/2024 | $595.00 | 29465508947 |
| 11/20/2024 | $595.00 | 28991214450 | 12/20/2024 | $590.00 | 29465514202 |
| 01/23/2025 | $595.00 | 29465516711 | 02/19/2025 | $595.00 | 29465502210 |
| 03/21/2025 | $595.00 | 29465519883 | 04/16/2025 | $595.00 | 29465502941 |
| 05/29/2025 | $595.00 | 29795322688 | 06/17/2025 | $595.00 | 29795324512 |
| 07/29/2025 | $595.00 | 38003403587 | 08/19/2025 | $595.00 | 38003403857 |
| 09/16/2025 | $595.00 | 38045892835 | 10/21/2025 | $595.00 | 38003408763 |
| 11/18/2025 | $595.00 | 38045895636 | 12/23/2025 | $595.00 | 38045897842 |

**Total Receipts:  $29,491.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $29,491.00**

**Chapter 13 Case # 21-16804**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/20/2022 | $39.01 | 892,674 | | 07/18/2022 | $17.23 | 894,396 |
| | 09/19/2022 | $45.54 | 897,567 | | 11/14/2022 | $44.59 | 900,810 |
| | 01/09/2023 | $22.30 | 903,848 | | 02/13/2023 | $22.29 | 905,378 |
| | 03/13/2023 | $22.30 | 906,991 | | 04/17/2023 | $22.30 | 908,577 |
| | 05/15/2023 | $22.29 | 910,198 | | 06/12/2023 | $22.06 | 911,662 |
| | 07/17/2023 | $22.06 | 913,183 | | 09/18/2023 | $44.10 | 916,197 |
| | 10/16/2023 | $22.06 | 917,679 | | 11/13/2023 | $21.71 | 919,117 |
| | 02/12/2024 | $19.38 | 923,271 | | 03/11/2024 | $22.44 | 924,721 |
| | 04/15/2024 | $44.93 | 926,160 | | 06/17/2024 | $44.92 | 929,034 |
| | 07/15/2024 | $22.46 | 930,518 | | 08/19/2024 | $23.19 | 931,933 |
| | 10/21/2024 | $46.39 | 934,795 | | 11/18/2024 | $22.95 | 936,275 |
| | 12/16/2024 | $22.97 | 937,662 | | 01/13/2025 | $22.74 | 939,105 |
| | 02/10/2025 | $22.94 | 940,464 | | 03/17/2025 | $22.95 | 941,856 |
| | 04/14/2025 | $22.96 | 943,315 | | 05/12/2025 | $22.95 | 944,750 |
| | 06/16/2025 | $23.19 | 946,161 | | 07/14/2025 | $23.19 | 947,611 |
| | 08/18/2025 | $23.19 | 949,006 | | 09/16/2025 | $23.19 | 950,325 |
| | 10/20/2025 | $23.19 | 951,763 | | 11/17/2025 | $22.97 | 953,242 |
| | 12/15/2025 | $22.94 | 954,648 | | 01/12/2026 | $22.95 | 956,066 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 11/14/2022 | $5.65 | 900,900 | | 06/12/2023 | $5.15 | 911,757 |
| | 03/11/2024 | $5.86 | 924,821 | | 08/19/2024 | $5.21 | 932,033 |
| | 02/10/2025 | $5.33 | 940,548 | | 08/18/2025 | $5.33 | 949,086 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 06/20/2022 | $116.07 | 892,777 | | 06/20/2022 | $152.56 | 892,777 |
| | 07/18/2022 | $67.35 | 894,489 | | 07/18/2022 | $51.22 | 894,489 |
| | 09/19/2022 | $178.05 | 897,672 | | 09/19/2022 | $135.45 | 897,672 |
| | 11/14/2022 | $174.34 | 900,909 | | 11/14/2022 | $132.68 | 900,909 |
| | 01/09/2023 | $87.20 | 903,941 | | 01/09/2023 | $66.29 | 903,941 |
| | 02/13/2023 | $87.18 | 905,479 | | 02/13/2023 | $66.32 | 905,479 |
| | 03/13/2023 | $87.18 | 907,090 | | 03/13/2023 | $66.32 | 907,090 |
| | 04/17/2023 | $87.18 | 908,695 | | 04/17/2023 | $66.32 | 908,695 |
| | 05/15/2023 | $87.18 | 910,295 | | 05/15/2023 | $66.32 | 910,295 |
| | 06/12/2023 | $86.25 | 911,768 | | 06/12/2023 | $65.62 | 911,768 |
| | 07/17/2023 | $86.25 | 913,288 | | 07/17/2023 | $65.62 | 913,288 |
| | 09/18/2023 | $172.45 | 916,301 | | 09/18/2023 | $131.19 | 916,301 |
| | 10/16/2023 | $86.25 | 917,778 | | 10/16/2023 | $65.61 | 917,778 |
| | 11/13/2023 | $84.87 | 919,225 | | 11/13/2023 | $64.56 | 919,225 |
| | 02/12/2024 | $75.76 | 923,375 | | 02/12/2024 | $57.63 | 923,375 |
| | 03/11/2024 | $87.83 | 924,829 | | 03/11/2024 | $66.82 | 924,829 |
| | 04/15/2024 | $175.64 | 926,267 | | 04/15/2024 | $133.63 | 926,267 |
| | 06/17/2024 | $175.65 | 929,152 | | 06/17/2024 | $133.62 | 929,152 |
| | 07/15/2024 | $87.82 | 930,617 | | 07/15/2024 | $66.81 | 930,617 |
| | 08/19/2024 | $90.69 | 932,044 | | 08/19/2024 | $68.99 | 932,044 |
| | 10/21/2024 | $181.37 | 934,903 | | 10/21/2024 | $137.98 | 934,903 |
| | 11/18/2024 | $89.73 | 936,382 | | 11/18/2024 | $68.26 | 936,382 |
| | 12/16/2024 | $89.73 | 937,760 | | 12/16/2024 | $68.26 | 937,760 |
| | 01/13/2025 | $89.00 | 939,205 | | 01/13/2025 | $67.71 | 939,205 |
| | 02/10/2025 | $89.72 | 940,559 | | 02/10/2025 | $68.25 | 940,559 |
| | 03/17/2025 | $89.74 | 941,953 | | 03/17/2025 | $68.27 | 941,953 |
| | 04/14/2025 | $89.72 | 943,413 | | 04/14/2025 | $68.27 | 943,413 |
| | 05/12/2025 | $89.73 | 944,857 | | 05/12/2025 | $68.26 | 944,857 |
| | 06/16/2025 | $90.69 | 946,270 | | 06/16/2025 | $68.99 | 946,270 |
| | 07/14/2025 | $90.70 | 947,714 | | 07/14/2025 | $68.99 | 947,714 |
| | 08/18/2025 | $90.69 | 949,095 | | 08/18/2025 | $68.99 | 949,095 |
| | 09/16/2025 | $90.69 | 950,426 | | 09/16/2025 | $68.99 | 950,426 |
| | 10/20/2025 | $90.68 | 951,869 | | 10/20/2025 | $68.98 | 951,869 |
| | 11/17/2025 | $68.29 | 953,339 | | 11/17/2025 | $89.69 | 953,339 |
| | 12/15/2025 | $89.80 | 954,747 | | 12/15/2025 | $68.22 | 954,747 |

**Chapter 13 Case # 21-16804**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/12/2026 | $89.65 | 956,157 | | 01/12/2026 | $68.30 | 956,157 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 06/20/2022 | $65.10 | 892,427 | | 06/20/2022 | $65.61 | 892,427 |
| | 07/18/2022 | $28.96 | 894,172 | | 07/18/2022 | $28.74 | 894,172 |
| | 09/19/2022 | $76.57 | 897,322 | | 09/19/2022 | $75.97 | 897,322 |
| | 11/14/2022 | $75.01 | 900,561 | | 11/14/2022 | $74.39 | 900,561 |
| | 01/09/2023 | $37.21 | 903,618 | | 01/09/2023 | $37.47 | 903,618 |
| | 02/13/2023 | $37.20 | 905,119 | | 02/13/2023 | $37.49 | 905,119 |
| | 03/13/2023 | $37.20 | 906,740 | | 03/13/2023 | $37.49 | 906,740 |
| | 04/17/2023 | $37.49 | 908,306 | | 04/17/2023 | $37.20 | 908,306 |
| | 05/15/2023 | $37.49 | 909,942 | | 05/15/2023 | $37.20 | 909,942 |
| | 06/12/2023 | $37.09 | 911,400 | | 06/12/2023 | $36.80 | 911,400 |
| | 07/17/2023 | $36.80 | 912,916 | | 07/17/2023 | $37.11 | 912,916 |
| | 09/18/2023 | $73.58 | 915,928 | | 09/18/2023 | $74.16 | 915,928 |
| | 10/16/2023 | $36.81 | 917,428 | | 10/16/2023 | $37.10 | 917,428 |
| | 11/13/2023 | $36.21 | 918,857 | | 11/13/2023 | $36.50 | 918,857 |
| | 02/12/2024 | $32.33 | 923,007 | | 02/12/2024 | $32.58 | 923,007 |
| | 03/11/2024 | $37.48 | 924,466 | | 03/11/2024 | $37.77 | 924,466 |
| | 04/15/2024 | $75.54 | 925,883 | | 04/15/2024 | $74.95 | 925,883 |
| | 06/17/2024 | $75.54 | 928,749 | | 06/17/2024 | $74.95 | 928,749 |
| | 07/15/2024 | $37.77 | 930,244 | | 07/15/2024 | $37.47 | 930,244 |
| | 08/19/2024 | $39.00 | 931,636 | | 08/19/2024 | $38.70 | 931,636 |
| | 10/21/2024 | $77.39 | 934,476 | | 10/21/2024 | $78.00 | 934,476 |
| | 11/18/2024 | $38.59 | 935,965 | | 11/18/2024 | $38.29 | 935,965 |
| | 12/16/2024 | $38.59 | 937,345 | | 12/16/2024 | $38.29 | 937,345 |
| | 01/13/2025 | $38.27 | 938,767 | | 01/13/2025 | $37.94 | 938,767 |
| | 02/10/2025 | $38.59 | 940,157 | | 02/10/2025 | $38.31 | 940,157 |
| | 03/17/2025 | $38.59 | 941,504 | | 03/17/2025 | $38.28 | 941,504 |
| | 04/14/2025 | $38.59 | 942,979 | | 04/14/2025 | $38.30 | 942,979 |
| | 05/12/2025 | $38.59 | 944,400 | | 05/12/2025 | $38.29 | 944,400 |
| | 06/16/2025 | $39.00 | 945,808 | | 06/16/2025 | $38.70 | 945,808 |
| | 07/14/2025 | $39.01 | 947,258 | | 07/14/2025 | $38.66 | 947,258 |
| | 08/18/2025 | $39.00 | 948,689 | | 08/18/2025 | $38.70 | 948,689 |
| | 09/16/2025 | $38.70 | 949,958 | | 09/16/2025 | $39.00 | 949,958 |
| | 10/20/2025 | $38.73 | 951,382 | | 10/20/2025 | $39.00 | 951,382 |
| | 11/17/2025 | $38.27 | 952,859 | | 11/17/2025 | $38.57 | 952,859 |
| | 12/15/2025 | $38.62 | 954,259 | | 12/15/2025 | $38.31 | 954,259 |
| | 01/12/2026 | $38.59 | 955,694 | | 01/12/2026 | $38.26 | 955,694 |

**Chapter 13 Case # 21-16804**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 06/20/2022 | $182.95 | 892,366 | | 06/20/2022 | $90.44 | 892,366 |
| | 07/18/2022 | $80.76 | 894,111 | | 07/18/2022 | $39.92 | 894,111 |
| | 09/19/2022 | $213.51 | 897,261 | | 09/19/2022 | $105.55 | 897,261 |
| | 11/14/2022 | $103.35 | 900,501 | | 11/14/2022 | $209.06 | 900,501 |
| | 01/09/2023 | $104.55 | 903,565 | | 01/09/2023 | $51.69 | 903,565 |
| | 02/13/2023 | $104.54 | 905,071 | | 02/13/2023 | $51.68 | 905,071 |
| | 03/13/2023 | $104.54 | 906,685 | | 03/13/2023 | $51.68 | 906,685 |
| | 04/17/2023 | $104.54 | 908,253 | | 04/17/2023 | $51.68 | 908,253 |
| | 05/15/2023 | $104.54 | 909,893 | | 05/15/2023 | $51.68 | 909,893 |
| | 06/12/2023 | $103.43 | 911,349 | | 06/12/2023 | $51.13 | 911,349 |
| | 07/17/2023 | $103.44 | 912,865 | | 07/17/2023 | $51.14 | 912,865 |
| | 09/18/2023 | $206.79 | 915,879 | | 09/18/2023 | $102.23 | 915,879 |
| | 10/16/2023 | $103.44 | 917,382 | | 10/16/2023 | $51.13 | 917,382 |
| | 11/13/2023 | $101.77 | 918,808 | | 11/13/2023 | $50.31 | 918,808 |
| | 02/12/2024 | $90.85 | 922,956 | | 02/12/2024 | $44.91 | 922,956 |
| | 03/11/2024 | $105.31 | 924,421 | | 03/11/2024 | $52.07 | 924,421 |
| | 04/15/2024 | $210.63 | 925,835 | | 04/15/2024 | $104.12 | 925,835 |
| | 06/17/2024 | $104.13 | 928,700 | | 06/17/2024 | $210.63 | 928,700 |
| | 07/15/2024 | $52.07 | 930,202 | | 07/15/2024 | $105.31 | 930,202 |
| | 08/19/2024 | $108.75 | 931,599 | | 08/19/2024 | $53.76 | 931,599 |
| | 10/21/2024 | $217.49 | 934,443 | | 10/21/2024 | $107.52 | 934,443 |
| | 11/18/2024 | $107.60 | 935,934 | | 11/18/2024 | $53.19 | 935,934 |
| | 12/16/2024 | $107.60 | 937,313 | | 12/16/2024 | $53.19 | 937,313 |
| | 01/13/2025 | $106.73 | 938,739 | | 01/13/2025 | $52.75 | 938,739 |
| | 02/10/2025 | $107.58 | 940,127 | | 02/10/2025 | $53.20 | 940,127 |
| | 03/17/2025 | $107.61 | 941,478 | | 03/17/2025 | $53.19 | 941,478 |
| | 04/14/2025 | $107.60 | 942,950 | | 04/14/2025 | $53.19 | 942,950 |
| | 05/12/2025 | $107.60 | 944,376 | | 05/12/2025 | $53.19 | 944,376 |
| | 06/16/2025 | $108.75 | 945,778 | | 06/16/2025 | $53.76 | 945,778 |
| | 07/14/2025 | $108.75 | 947,234 | | 07/14/2025 | $53.77 | 947,234 |
| | 08/18/2025 | $108.75 | 948,664 | | 08/18/2025 | $53.76 | 948,664 |
| | 09/16/2025 | $108.75 | 949,933 | | 09/16/2025 | $53.76 | 949,933 |
| | 10/20/2025 | $108.74 | 951,358 | | 10/20/2025 | $53.76 | 951,358 |
| | 11/17/2025 | $107.65 | 952,834 | | 11/17/2025 | $53.17 | 952,834 |
| | 12/15/2025 | $107.54 | 954,236 | | 12/15/2025 | $53.23 | 954,236 |
| | 01/12/2026 | $107.65 | 955,676 | | 01/12/2026 | $53.19 | 955,676 |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 06/20/2022 | $8.53 | 892,961 | | 09/19/2022 | $13.71 | 897,840 |
| | 11/14/2022 | $9.75 | 901,063 | | 02/13/2023 | $9.74 | 905,648 |
| | 04/17/2023 | $9.74 | 908,865 | | 06/12/2023 | $9.70 | 911,929 |
| | 09/18/2023 | $14.46 | 916,464 | | 11/13/2023 | $9.56 | 919,382 |
| | 03/11/2024 | $9.14 | 924,977 | | 04/15/2024 | $9.82 | 926,432 |
| | 06/17/2024 | $9.82 | 929,319 | | 08/19/2024 | $9.97 | 932,207 |
| | 10/21/2024 | $10.14 | 935,065 | | 11/18/2024 | $5.02 | 936,526 |
| | 12/16/2024 | $5.01 | 937,914 | | 02/10/2025 | $9.99 | 940,686 |
| | 03/17/2025 | $5.02 | 942,100 | | 04/14/2025 | $5.01 | 943,541 |
| | 05/12/2025 | $5.02 | 944,991 | | 06/16/2025 | $5.07 | 946,407 |
| | 07/14/2025 | $5.06 | 947,861 | | 08/18/2025 | $5.07 | 949,219 |
| | 09/16/2025 | $5.07 | 950,562 | | 10/20/2025 | $5.07 | 952,013 |
| | 11/17/2025 | $5.01 | 953,472 | | 12/15/2025 | $5.02 | 954,883 |
| | 01/12/2026 | $5.01 | 956,290 | | | | |

**Chapter 13 Case # 21-16804**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 06/20/2022 | $139.58 | 892,985 | | 06/20/2022 | $86.82 | 892,985 |
| | 07/18/2022 | $61.62 | 894,664 | | 07/18/2022 | $38.32 | 894,664 |
| | 09/19/2022 | $162.90 | 897,863 | | 09/19/2022 | $101.32 | 897,863 |
| | 11/14/2022 | $159.50 | 901,082 | | 11/14/2022 | $99.21 | 901,082 |
| | 01/09/2023 | $79.77 | 904,128 | | 01/09/2023 | $49.62 | 904,128 |
| | 02/13/2023 | $79.76 | 905,669 | | 02/13/2023 | $49.61 | 905,669 |
| | 03/13/2023 | $79.76 | 907,272 | | 03/13/2023 | $49.61 | 907,272 |
| | 04/17/2023 | $79.76 | 908,885 | | 04/17/2023 | $49.61 | 908,885 |
| | 05/15/2023 | $79.76 | 910,467 | | 05/15/2023 | $49.61 | 910,467 |
| | 06/12/2023 | $78.91 | 911,947 | | 06/12/2023 | $49.08 | 911,947 |
| | 07/17/2023 | $78.91 | 913,469 | | 07/17/2023 | $49.08 | 913,469 |
| | 09/18/2023 | $157.77 | 916,481 | | 09/18/2023 | $98.13 | 916,481 |
| | 10/16/2023 | $78.92 | 917,954 | | 10/16/2023 | $49.09 | 917,954 |
| | 11/13/2023 | $77.65 | 919,401 | | 11/13/2023 | $48.30 | 919,401 |
| | 02/12/2024 | $69.31 | 923,558 | | 02/12/2024 | $43.11 | 923,558 |
| | 03/11/2024 | $80.35 | 924,992 | | 03/11/2024 | $49.98 | 924,992 |
| | 04/15/2024 | $160.70 | 926,454 | | 04/15/2024 | $99.94 | 926,454 |
| | 06/17/2024 | $160.70 | 929,338 | | 06/17/2024 | $99.95 | 929,338 |
| | 07/15/2024 | $80.35 | 930,779 | | 07/15/2024 | $49.98 | 930,779 |
| | 08/19/2024 | $82.97 | 932,225 | | 08/19/2024 | $51.61 | 932,225 |
| | 10/21/2024 | $165.94 | 935,086 | | 10/21/2024 | $103.21 | 935,086 |
| | 11/18/2024 | $82.10 | 936,544 | | 11/18/2024 | $51.06 | 936,544 |
| | 12/16/2024 | $82.09 | 937,934 | | 12/16/2024 | $51.06 | 937,934 |
| | 01/13/2025 | $81.35 | 939,362 | | 01/13/2025 | $50.65 | 939,362 |
| | 02/10/2025 | $82.15 | 940,710 | | 02/10/2025 | $51.05 | 940,710 |
| | 03/17/2025 | $82.10 | 942,122 | | 03/17/2025 | $51.06 | 942,122 |
| | 04/14/2025 | $82.09 | 943,563 | | 04/14/2025 | $51.07 | 943,563 |
| | 05/12/2025 | $82.10 | 945,015 | | 05/12/2025 | $51.06 | 945,015 |
| | 06/16/2025 | $82.97 | 946,428 | | 06/16/2025 | $51.61 | 946,428 |
| | 07/14/2025 | $82.97 | 947,886 | | 07/14/2025 | $51.61 | 947,886 |
| | 08/18/2025 | $82.97 | 949,241 | | 08/18/2025 | $51.61 | 949,241 |
| | 09/16/2025 | $82.97 | 950,583 | | 09/16/2025 | $51.61 | 950,583 |
| | 10/20/2025 | $82.96 | 952,038 | | 10/20/2025 | $51.60 | 952,038 |
| | 11/17/2025 | $82.13 | 953,494 | | 11/17/2025 | $51.04 | 953,494 |
| | 12/15/2025 | $82.05 | 954,902 | | 12/15/2025 | $51.09 | 954,902 |
| | 01/12/2026 | $82.12 | 956,310 | | 01/12/2026 | $51.06 | 956,310 |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | | |
| | 05/16/2022 | $169.06 | 891,523 | | 09/18/2023 | $538.00 | 916,701 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 09/19/2022 | $5.58 | 897,242 | | 03/13/2023 | $6.11 | 906,668 |
| | 09/18/2023 | $5.41 | 915,865 | | 09/18/2023 | $7.29 | 915,865 |
| | 04/15/2024 | $7.15 | 925,824 | | 10/21/2024 | $7.51 | 934,432 |
| | 01/13/2025 | $5.27 | 938,729 | | 02/10/2025 | $5.03 | 940,120 |
| | 06/16/2025 | $5.04 | 945,768 | | 10/20/2025 | $5.09 | 951,349 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,714.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,701.71 | 100.00% | 3,701.71 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | SECURED | 0.00 | 100.00% | 0.00 | |
| 0004 | ADVANCED INTERNVENTIONAL PAIN M/ | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC AMBULANCE CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BLOOMFIELD VOLUNTEER EMERGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-16804**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CARDIOVASCULAR HEALTH CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 16,659.26 | * | 4,495.73 | |
| 0018 | CITIBANK | SECURED | 0.00 | 100.00% | 0.00 | |
| 0020 | CLARA MASS HEALTH CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DR. VINCENT CASTELLANO | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,892.52 | * | 3,749.01 | |
| 0025 | ENVISION PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,974.64 | * | 1,612.34 | |
| 0028 | INTERGALABS | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | INTERNET MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 776.44 | * | 209.53 | |
| 0034 | MORRISTOWN EMERGENCY MEDICAL A: | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MY ALARM CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRI | 169.06 | 100.00% | 169.06 | |
| 0042 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0048 | UNITED TELEMANAGEMENT CORPORAT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | UNIVERSITY PHYSICIAN ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | VNA HEALTH GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,552.99 | * | 958.82 | |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | JPMORGAN CHASE BANK NA | UNSECURED | 8,235.62 | * | 2,222.49 | |
| 0060 | LVNV FUNDING LLC | UNSECURED | 12,710.20 | * | 3,430.01 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 7,905.59 | * | 2,133.43 | |
| 0062 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 10,568.69 | * | 2,852.10 | |
| 0063 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 5,927.92 | * | 1,599.71 | |
| 0064 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 137.05 | * | 32.53 | |
| 0066 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 55.58 | * | 10.68 | |
| 0067 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 194.82 | * | 48.80 | |
| 0068 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | |

**Total Paid:  $29,478.45**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $29,491.00     -     Paid to Claims: $24,062.24     -     Admin Costs Paid: $5,416.21     =     Funds on Hand: $12.55

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.