Certificate Number: 14912-NJ-DE-040888262

Bankruptcy Case Number: 21-16804

14912-NJ-DE-040888262

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2026, at 1:55 o'clock PM EDT, Rocco Castellano completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 22, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor