UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GOLDMAN & BESLOW, LLC**
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
David G. Beslow, Esq. # DGB-5300
Attorneys for Debtor

| In Re: | Case No.: | 21 16804 SLM |
|---|---|---|
| Rocco Castellano, and Barbara Castellano | Judge: | Meisel |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____ .


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ .


☒ Certification of Default filed by _____ Rocket Mortgage, LLC _____ ,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____ , but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (explain your answer):

☒ Other (explain your answer):
I disagree with the application of payments on the payment history and have
spoken with a representative at the mortgage company who advised that a
payment audit would be completed and the results should be obtained in 7 10
days.  I will compare this with my records.  I request that a hearing date be
scheduled in the meantime while we work to resolve the discrepancy.

3.       This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: _6|4|26_____                              _____
                                                                Debtor's Signature

Date: _____                              _____
                                                                Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
         13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
         opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
         Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
         Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
         Default.

*rev.8/1/15*