Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21–16804–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rocco Castellano
136 Jerome Place
Bloomfield, NJ 07003

Barbara Castellano
136 Jerome Place
Bloomfield, NJ 07003

Social Security No.:
  xxx–xx–7971

  xxx–xx–8102

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/24/26 at 10:00 AM

to consider and act upon the following:

*59* – Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of Rocket Mortgage, LLC. Objection deadline is 06/4/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

*60* – Certification in Opposition to (related document:59 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of Rocket Mortgage, LLC. Objection deadline is 06/4/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC) filed by David G. Beslow on behalf of Barbara Castellano, Rocco Castellano. (Beslow, David)

Dated: 6/4/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court