Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16804−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rocco Castellano
136 Jerome Place
Bloomfield, NJ 07003

Barbara Castellano
136 Jerome Place
Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−7971

   xxx−xx−8102

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/24/26 at 10:00 AM

to consider and act upon the following:

*59 −* Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of Rocket Mortgage, LLC. Objection deadline is 06/4/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

*60 −* Certification in Opposition to (related document:59 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of Rocket Mortgage, LLC. Objection deadline is 06/4/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC) filed by David G. Beslow on behalf of Barbara Castellano, Rocco Castellano. (Beslow, David)

Dated: 6/4/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16804-SLM |
| Rocco Castellano | Chapter 13 |
| Barbara Castellano | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2026 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID          Recipient Name and Address**
db/jdb                 + Rocco Castellano, Barbara Castellano, 136 Jerome Place, Bloomfield, NJ 07003-4916

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Joint Debtor Barbara Castellano ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Debtor Rocco Castellano ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0312-2                                       User: admin                                       Page 2 of 2

Date Rcvd: Jun 04, 2026                                   Form ID: ntchrgbk                                 Total Noticed: 1

Steven Eisenberg

            on behalf of Creditor Rocket Mortgage  LLC bkecf@sterneisenberg.com,
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

            on behalf of Creditor Rocket Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7