| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | |
|---|---|
| In Re:<br>Rocco Castellano<br>Barbara Castellano | Case No. 21-16804<br>Chapter: 13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Rocco Castellano, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9|29|2026

Rocco Castellano
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | |
| In Re:<br>Rocco Castellano<br>Barbara Castellano | Case No. 21-16804<br>Chapter: 13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Barbara Castellano, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9-29-2026

Barbara Castellano
Barbara Castellano
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18